1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICARDO MARTINEZ,                      Case No.  1:22-cv-00126-ADA-HBK (PC)

12                 Plaintiff,               ORDER OF DISMISSAL FOR FAILURE TO
                                            PAY FILING FEE
13          v.
                                            (ECF No. 13)
14   C. PFEIFFER, et al.,

15                 Defendants.

16

17          Plaintiff Ricardo Martinez is a state prisoner proceeding *pro se* in this civil rights action

18   pursuant to 42 U.S.C. § 1983.  On September 7, 2022, the Court entered an order adopting the

19   Findings and Recommendations finding Plaintiff is a three-striker under 28 U.S.C. § 1915(g).

20   (ECF No. 13 at 1-2.)  The order further found Plaintiff's complaint did not contain sufficient facts

21   alleging imminent danger of serious physical harm.  (*Id*. at 2.)  The order directed Plaintiff pay

22   the full filing fee within 30 days, if he wished to proceed with this case, or else the case would be

23   dismissed.  (*Id*.)  As of the date on this order, Plaintiff has not paid the filing fee and the time to

24   do so has expired.  (*See* docket.)

25   ///

26   ///

27   ///

28   ///

Accordingly, IT IS SO ORDERED:

1.    Pursuant to the September 7, 2022, order (ECF No. 13), this case is DISMISSED
without prejudice.

2.    The Clerk of Court shall terminate any pending motions, enter judgment
accordingly, and close this case.

IT IS SO ORDERED.

Dated:    December 14, 2022

_____
UNITED STATES DISTRICT JUDGE